**1525** JAMINET vs. BOARD OF SUPERVISORS (Monroe), 77 M., 245.

To compel audit and allowance of relator's bill for justice's fees in a criminal proceeding.

Granted November 1, 1889.

**1526** PISTORIOUS (Circuit Court Commissioner) vs. BOARD OF SUPERVISORS (Saginaw), 51 M., 125.

To compel the payment of relator's fees for taking testimony on criminal examinations.

Denied June 20, 1883.

The commissioner employed a stenographer to take the testimony.

Held, that Act No. 214, Laws of 1879, refers to cases where the evidence is taken by the officer in person; that in the present case what should be paid for what was done was not dependent on the tariff rates in the fee bill, but was such amount as would be a reasonable recompense, and of this the board had the lawful right to judge.

**1527** HICKS vs. BOARD OF AUDITORS (Wayne), No. 13265, 97 M., 611.

To compel payment of a bill for services as assistant visitor of schools, at $3 per day, under Act No. 147, Laws of 1891.

Denied February 9, 1893, with costs, on the ground that the compensation had not been determined by the county commissioner, as required by Sec. 10 of said Act.